UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS ASSOCIATION OF PRIVATE CAREER SCHOOLS, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 14-13706-FDS |
| MAURA HEALEY, in her official capacity as the Massachusetts Attorney General, | ) ) ) ) | |
| Defendant. | ) ) | |

## FINAL JUDGMENT

**SAYLOR, J.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Court's January 25, 2016 Order addressing the cross-motions for summary judgment on all counts, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. As to Count One, judgment is hereby entered, in part, in favor of plaintiff Massachusetts Association of Private Career Schools.  It is hereby declared that the "Time to Complete Program" regulation, 940 Mass. Code Regs. § 31.04(9), and part (b) of the "Credit Transfer" regulation, 940 Mass. Code Regs. § 31.05(7)(b), violate the First Amendment to the United States Constitution, and are therefore invalid and unenforceable.

2. As to the remainder of Count One, and Counts Two, Three, and Four in their entireties, judgment is hereby entered in favor of defendant Maura Healey, in her official capacity as the Massachusetts Attorney General.

**So Ordered.**

                                         /s/ F. Dennis Saylor  
                                         F. Dennis Saylor IV  
Dated: February 12, 2016          United States District Judge